U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 25 2002
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA
VS. KEOKA CARTER
2763 Conti Street
New Orleans, LA 70119

(SOC. SEC. NO.)

CRIMINAL ACTION
01-178 "B"
(CASE NO./SEC.)

# JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date --------- ( Month JANUARY Day 23 Year 2002 )

X WITH COUNSEL Robert F. Fleming, Jr., 2313 N. Hullen St., Metairie, LA 70001

Assistant U.S. Attorney: Duane A. Evans
U.S. Probation Officer: Blaine Anderson
Court Reporter: Rhonda Hardin
Courtroom Deputy: Audry E. Steward

**PLEA:** X **GUILTY,** and the Court being satisfied that there is a factual basis for the plea. There being a finding of **GUILTY on November 7, 2001 as to Count 1 of the Superseding Bill of Information.** Defendant has been convicted as charged of the offense(s) of 21 USC §§ 841(a)(1) and (b)(1)(B)(iii) - VIOLATION OF THE FEDERAL CONTROLLED SUBSTANCES ACT.

The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The Court adjudged the defendant guilty as charged and convicted and **ORDERED** that: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 46 months as to Count 1. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five years as to Count 1. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall comply with the mandatory and standard conditions that have been adopted by this Court and shall not possess a firearm. In addition, the following special conditions are imposed: (1) The defendant shall participate in an orientation and life skills program as directed by the Probation Officer. (2) The defendant shall participate in a program of testing and/or treatment for drug abuse, as directed by the Probation Officer, until such time as the defendant is released from the program by the Probation Officer. The defendant shall contribute to the cost of such treatment to the extent that the defendant is deemed capable by the Probation Officer. (3) The defendant shall submit to psychological testing and treatment as directed by the Probation Officer. The Court finds that the defendant does not have the ability to pay a fine. The Court will waive the fine in this case. On motion of the Government, **IT IS FURTHER ORDERED** that the Original Indictment is DISMISSED as to this defendant. **IT IS FURTHER ORDERED** that the defendant, Keoka Carter, surrender herself to the institution designated by the Bureau of Prisons by 12:00 noon on Wednesday, February 20, 2002.

**IT IS FURTHER ORDERED** that the defendant shall pay to the United States a special assessment of $100.00 as to Count 1, which is due immediately.

**IT IS FURTHER ORDERED** that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, **IT IS HEREBY ORDERED** that the general conditions of probation/supervised release set out on the reverse side be imposed.

**IT IS FURTHER ORDERED:**

[ ] The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

[ ] The court has determined that the defendant does not have the ability to pay interest. The interest requirement is (waived) (modified as follows):

SIGNED BY:
U.S. District Judge [signature]
IVAN L.R. LEMELLE
(Date) Jan. 25, 2002

CERTIFIED AS A TRUE COPY ON THIS DATE JAN 25 2002
BY: [signature: Audry E. Steward]
Deputy Clerk

___ Fee
✓ Process ab (10cc's)
X Dktd
✓ CtRmDep aes
Doc.No.____

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully, all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer within seventy-two hours prior to any change in residence and within seventy-two hours of any change in employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

---

The Court makes the following recommendation to the Bureau of Prisons: **That the defendant be placed in a facility where she can receive psychological and substance abuse testing and treatment and one that is possibly nearest family members.**

**IT IS ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the U.S. Marshal or other qualified officer.

---

**RETURN**

I have executed this judgment as follows:

__________________________________________________________

__________________________________________________________

Defendant delivered on ________ to ________________________________ at

_________________________________________, with a certified copy of this Judgment.

________________________________

United States Marshal

________________________________

Deputy Marshal

Distribution
- U. S. ATTY. ✓
- P. T. SERV. ✓
- PROBATION ✓
- U. S. MARSHAL (2) ✓
- DEFT'S ATTY. ✓
- DEFENDANT ✓
- STATE ✓
- JUDGE ✓
- FINANCIAL ✓