MINUTE ENTRY
MOORE, M.J.
JUNE 19, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 01-178 |
| KEOKA CARTER | SECTION "B" |

**INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION**

APPEARANCES: X DEFENDANT WITH/WITHOUT/COUNSEL ______
X ASSISTANT U.S. ATTORNEY DUANE EVANS
X PROBATION OFFICER LEIGHTON COLBERT - Rodney Douglas for
__ INTERPRETER ______ SWORN
(TIME: .M to .M)

X / DEFENDANT WAS ADVISED OF HER RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ/SUMMARIZED/WAIVED

_/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
_/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
_/ BOND SET AT ______

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
_/ DEFENDANT RELEASED ON BOND
_/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR ______

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
June 27, 2008 at 10:00 am

X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
June 23, 2008 at 2:00 p.m.

X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
BEFORE UNITED STATES DISTRICT JUDGE IVAN LEMELLE

**MJSTAR: :08**

Fee ______
Process ______
X Dktd ______
__ CtRmDep ______
__ Doc. No. ______